IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 12 PM 3: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20356-01-Ma |
| ) | |
| TAMMY TERRELL BENSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on December 8, 2005, the United States Attorney for this district appearing for the Government and the defendant, Tammy Terrell Benson, appearing in person and with appointed counsel, Mr. Needum Louis Germany, III.

With leave of the Court, the defendant entered a plea of guilty to Count 4 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Monday, March 20, 2006 at 1:30 p.m.**

The defendant may remain on her present bond pending sentencing.

**ENTERED** this the 12th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-13-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20356 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT